**Ambrose J. O'Malley, Appellee, v. Henry McGurren, Executor of Estate of George H. Kelly, Deceased, Appellant.**

**Gen. No. 45,160.** 

Heard in the first division, first

district, this court at the June term, 1950. Henry V. McGurren, for appellant; Jerome T. Murphy and Daniel C. Ahern, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed October 9, 1950; released for publication November 17, 1950.